# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

MARCH 2005 GRAND JURY
(Empaneled March 24, 2005)

THE UNITED STATES OF AMERICA

-vs-

DENNIS J. NELSON

**INDICTMENT**

Violations:
18 U.S.C. §§ 115(a)(1)(B), 875(b), 875(c)

05-CR-06169L(P)

### COUNT 1

**The Grand Jury Charges That:**

On or about and between November 16, 2001 and November 21, 2001, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and knowingly, and with intent to extort the sum of $300,000 from United States Magistrate Judge Jonathan W. Feldman, did transmit in the United States mails a letter which expressed a threat to murder Magistrate Judge Jonathan W. Feldman and his family as follows:

> This is a bomb threat. If you try any thing
> you will be killed for good. This is not a
> joke. I want 300,000.00 dollars sent to me
> well I'm here at Great Meadow Corr. Fac.
>
> If you dare do something your wife I will
> kill first then it will be the rest of your
> family.

All in violation of Title 18, United States Code, Section 875(b).

## COUNT 2

**The Grand Jury Further Charges That:**

On or about and between November 16, 2001, and November 21, 2001, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and unlawfully did threaten to murder United States Magistrate Judge Jonathan W. Feldman, his wife and the rest of his family, with intent to retaliate against United States Magistrate Judge Jonathan W. Feldman on account of the performance of his official duties, by communicating through the United States mails a letter which stated in part as follows:

> This is a bomb threat. If you try any thing you will be killed for good. This is not a joke. I want 300,000.00 dollars sent to me well I'm here at Great Meadow Corr. Fac.
>
> If you dare do something your wife I will kill first then it will be the rest of your family.

**All in violation of** Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3

**The Grand Jury Further Charges That:**

On or about and between December 15, 2001 and December 17, 2001, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and knowingly, and with intent to extort the sum of $360,360,000 from United States Magistrate Judge Jonathan W. Feldman, did transmit in the United States mails a letter

which expressed a threat to murder United States Magistrate Judge Jonathan W. Feldman and his family as follows:

> This is Dennis Nelson 94B0694. This is your
> (2) bomb threat. I told you not to do
> anything suped like that. Now you have 10
> day's till you die and (die)? I want you to
> send me $360,360,000.00 million dollar's.
> This is not a joke. This is real. 8/26/02
> is when I get out I will burn your house down
> and then I will find your were your mother &
> father live and kill them.

**All in violation of Title 18, United States Code, Section 875(b).**

## COUNT 4

**The Grand Jury Further Charges That:**

On or about and between December 15, 2001 and December 17, 2001, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and unlawfully did threaten to murder United States Magistrate Judge Jonathan W. Feldman, his mother and father, with intent to retaliate against United States Magistrate Judge Jonathan W. Feldman on account of the performance of his official duties, by communicating through the United States mails a letter which stated in part as follows:

> This is Dennis Nelson 94B0694. This is your
> (2) bomb threat. I told you not to do
> anything suped like that. Now you have 10
> day's till you die and (die)? I want you to
> send me $360,360,000.00 million dollar's.
> This is not a joke. This is real. 8/26/02
> is when I get out I will burn your house down

>and then I will find your were your mother &
>father live and kill them.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 5

**The Grand Jury Further Charges That:**

On or about and between October 20, 2003 and November 4, 2003, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and knowingly did transmit in the United States mails a letter which contained threats to murder United States District Judge Charles J. Siragusa and his wife, as follows:

>This is a threat I'm going to blow your head
>off the your shoulders of your body. I will
>kill you when I come home in December 1st max
>date 2003 & I'm going to kill all federal
>judges in Erie, Washington D.C.
>
>            * * *
>
>P.S.  Your wife will die!
>      I'm going to kill you.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 6

**The Grand Jury Further Charges That:**

On or about and between October 20, 2003, and November 4, 2003, in the Western District of New York, the defendant, **DENNIS J. NELSON**, willfully and unlawfully did threaten to murder United States District Judge Charles J. Siragusa and his wife, with intent to impede, intimidate, and interfere with United States District Judge Charles J. Siragusa while he was engaged in his official duties, or with intent to retaliate against United States District Judge Charles J. Siragusa on account of the performance of his official duties, by communicating through the United States mails a letter which stated in part as follows:

> This is a threat I'm going to blow your head off the your shoulders of your body. I will kill you when I come home in December 1st max date 2003 & I'm going to kill all federal judges in Erie, Washington D.C.
>
> * * *
>
> P.S. Your wife will die!
>     I'm going to kill you.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).


Dated: Rochester, New York
       December __15__, 2005

KATHLEEN M. MEHLTRETTER
Acting United States Attorney

By: _____
BRADLEY E. TYLER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
620 Federal Building
Rochester, New York 14614
(585) 263-6760, ext. 2231
Bradley.E.Tyler@usdoj.gov

A TRUE BILL:

_____
FOREPERSON